IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DOSSIE MAE STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:14cv187-MHT |
| ) | (WO) |
| FRED'S STORES OF TENNESSEE, ) | |
| INC., d/b/a Fred's Super ) | |
| Dollar, a Foreign ) | |
| Corporation, and NORTHSIDE ) | |
| PARTNERS, LTD., a Domestic ) | |
| Limited Partnership, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

By agreement of the parties made on the record on June 17, 2014, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of June, 2014.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**